# United States District Court
## DISTRICT OF MARYLAND

| | |
|---|---|
| ALETA POWELL | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Notice of Removal |
| | )  Civil Action No. |
| PALISADES ACQUISITION, XVI, LLC | ) |
| FULTON FRIEDMAN & GULLACE, LLP, | ) |
| | ) |
| Defendants. | ) |

Defendants, Fulton Friedman & Gullace, LLP and Palisades Acquisition, XVI, LLC provide notice of the removal of this matter from the Circuit Court of Maryland for Baltimore City ("Circuit Court Case"), Index no.:24C12007880, to the U.S. District Court for the District of Maryland pursuant to 28 U.S.C. §1441(a).

Plaintiff, Aleta Powell filed suit in the Circuit Court Case, alleging violations of federal statutes namely the Fair Debt Collection Practices Act (15 U.S.C. §1692 et seq.) over which this Court maintains original jurisdiction. The complaint also includes state court allegations of the Maryland Consumer Debt Collection Act, Md. Code Ann., Com. Law §14-201, et seq. and the Maryland Consumer Protection Act, Md. Code Ann., Com. Law §13-101 et seq. over which this Court has supplemental jurisdiction pursuant to 28 U.S.C. §1367.

Attached hereto are copies of all pleadings, process and orders served upon the parties in the Circuit Court Case, as prescribed in 28 U.S.C. §1446(a).

Counsel for Defendants certifies that copies of the Notice of Removal, and of the attachments have been provided to all other parties or to their counsel in this matter. Respectfully

submitted this 17th day of January, 2013.

Fulton Friedman & Gullace LLP

Megan Gullace #29754
Attorney for Defendant
7350 B Grace Drive
Columbia, MD 21044
megan@fultonfriedman.com
866-563-0809 x40472
240-755-0028